UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMITH, ) | NO. CV 20-5113-FMO (KS) |
|        **Plaintiff,** ) | |
|        v. ) | |
| ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| UNITED STATES OF AMERICA, ) | |
|        **Defendants.** ) | |
| _____ ) | |

     On June 9, 2020, Plaintiff, a federal prisoner proceeding *pro se*, filed a complaint (the "Complaint") against the United States of America, alleging civil rights violations stemming from the restrictions put in place by his facility (the United States Penitentiary in Lompoc, California) in response to the COVID-19 pandemic. (Dkt. No. 1.)

     Also on June 12, 2020, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 3.) On July 1, 2020, after nearly three weeks had passed and Plaintiff had not responded to the Court's notification, the Court ordered Plaintiff to show cause, no later than July 22, 2020, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 6.)

More than eight weeks have now passed since the Court issued its June 12, 2020 notification, and more than three weeks have passed since Plaintiff's July 22, 2020 deadline for responding to the Court's July 1, 2020 Order by either paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: August 17, 2020

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE